UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



MARIA QUIZHPILEMA, *on behalf of herself, FLSA Collective Plaintiffs, and the Class*,

        Plaintiff,

-against-

CHRISTIE NY SALON, INC.,

        Defendants.

20-CV-5666 (PGG) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

An affidavit of service states that plaintiff served Christie NY Salon, Inc. with process on September 17, 2020. (Dkt. No. 10.) Pursuant to Fed. R. Civ. P. 12(a)(1)(A), defendant's answer was due October 8, 2020. Defendant has neither appeared nor responded to the complaint. No later than **November 24, 2020**, plaintiff shall inform the Court whether the parties have extended defendant's time to respond, or whether plaintiff intends to request a certificate of default. Plaintiff promptly shall serve this Order on defendant.

Dated: New York, New York
       November 10, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**