

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA QUIZHPILEMA, *on behalf of herself,
FLSA Collective Plaintiffs, and the Class*,

          Plaintiff,

-against-

CHRISTIE NY SALON, INC.,

          Defendants.

20-CV-5666 (PGG) (BCM)

**ORDER TO SHOW CAUSE**

**BARBARA MOSES, United States Magistrate Judge.**

Plaintiff filed her complaint on July 22, 2020. (Dkt. No. 1.) An affidavit of service states that plaintiff served defendant Christie NY Salon, Inc. with process on September 17, 2020. (Dkt. No. 8.) Pursuant to Fed. R. Civ. P. 12(a)(1)(A), defendant's answer was due October 8, 2020. When defendant failed to answer or appear by October 8, this Court issued an order directing plaintiff to inform the Court, no later than November 24, 2020, "whether the parties have extended defendant's time to respond, or whether plaintiff intends to request a certificate of default." (Dkt. No. 9.) Plaintiff failed to respond.

No later than **December 16, 2020**, plaintiff shall **show cause in writing why this action should not be dismissed** for failure to comply with this Court's order and for failure to prosecute pursuant to Fed. R. Civ. P. 16(f) and 41(b).

Dated: New York, New York
       December 2, 2020

                                  **SO ORDERED**.

                                  **BARBARA MOSES**
                                  **United States Magistrate Judge**